# United States District Court

**EASTERN**                    **DISTRICT OF**                    **MICHIGAN**

UNITED STATES OF AMERICA

**V.**

Cynthia Renee SMITH          Antoinette Yvette HOBBS
DOB: 02/11/1978              DOB: 04/28/1974

Sokol KOCIAJ
DOB: 01/24/1982

**CRIMINAL COMPLAINT**

CASE NUMBER: **05-80760**

FILED

AUG 2 3 2005

CLERK'S OFFICE
DETROIT

    I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about _____August 22, 2005_____ in __Wayne_____county, in the_ _____Eastern_____ District of__Michigan_____ defendant(s) did, (Track Statutory Language of Offense)

    Did, conspire to bring aliens to the United States, knowing and in reckless disregard of the fact that such aliens had not received prior official authorization to come to, enter or reside in the United States and did so for the purpose of private financial gain.

in violation of Title____8_____United States Code, Section(s) 1324 (a)(2), (a)(2)(B)(ii), & (a)(1)(A)(v)(I).
I further state that I am a(n)____Special Agent_____and that this complaint is based on the following facts:
                    Official Title

Continued on the attached sheet and made a part hereof:     Yes  X      No

*SEE ATTACHED AFFIDAVIT*

Signature of Complainant

_Brian P Helmerson_____
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

August 23, 2005
Date
DONALD A. SCHEER
U.S. Magistrate Judge

at    Detroit, Michigan
City and State

Name & Title of Judicial Officer

Signature of Judicial Officer

**AFFIDAVIT**

I, Brian Helmerson, being duly sworn, depose and state:

1. I am a Special Agent with the Bureau of Immigration and Customs Enforcement (ICE), having been so designated since November of 2002. From 1998 until my appointment as a Special Agent, I performed uniformed law enforcement duties as a Border Patrol Agent on the southwestern border. In addition, I am a graduate of Radford University where I received my B.S. in Criminal Justice. During my career as a law enforcement officer, I have been involved in various investigations concerning human smuggling and have received training in this area. The following is based on my investigation as well as statements from other law enforcement officers and individuals.

2. On August 22, 2005, at approximately 10:30 p.m. Cynthia Renee SMITH and Antoinette Yvette HOBBS presented themselves for inspection at the Detroit-Ambassador Bridge in a 1994 Honda Accord operated by SMITH. A secondary examination of the vehicle resulted in the discovery of three adult female Chinese Nationals and one male juvenile Chinese National in the trunk of the vehicle.

3. HOBBS was interviewed by ICE Special Agents Brian Helmerson and Richard Duggan. HOBBS stated that "Sokool" requested that SMITH and HOBBS drive a vehicle to Canada, meet "Sokool" and return to the United States with an unidentified person for $1,500.00 USD. HOBBS identified this individual by photograph as Sokol KOCIAJ and described his vehicle as a red sport utility vehicle with lettering in the windows. HOBBS stated that they agreed to the offer and traveled to Canada. HOBBS and SMITH departed the bar and followed KOCIAJ to another location. KOCIAJ took the keys to their vehicle and began to move things in the trunk. HOBBS and SMITH were then directed to return to the United States.

4. SMITH was interviewed by ICE Special Agents Brian Helmerson and Richard Duggan. SMITH told agents that she was approached by a white male named "Socool". SMITH identified this individual by photograph as Sokol KOCIAJ. SMITH stated that KOCIAJ offered her between $500.00 and $1,500.00 USD to travel to Canada, meet KOCIAJ and return to the United States with an unidentified person. SMITH stated that she accepted and traveled to Canada with HOBBS. Both individuals were waiting in a bar located in Windsor, Ontario. SMITH was then contacted by KOCIAJ via cellular phone. KOCIAJ advised that he would be arriving at the bar shortly. SMITH and HOBBS departed the bar upon his arrival. SMITH stated that they followed KOCIAJ to another location where he took the vehicle keys and opened the trunk. SMITH and HOBBS then followed KOCIAJ to the Detroit Ambassador Bridge and attempted to make entry into the United States.

5. SMITH further stated that she had written the license plate of the vehicle operated by KOCIAJ on a sheet of paper in her purse.  Located in her purse was a piece of paper with YZM312.  A review of the incoming calls to the cellular phone in SMITH's possession indicates that she received a call from heading "So C", phone number (586) 615-7352 on August 22, 2005 at 10:12 p.m.

6. On August 22, 2005 at, at approximately 10:41 p.m. KOCIAJ attempted to make entry into the United States via the Detroit Ambassador Bridge driving a 2004 Jeep bearing Michigan license plate YZM312.  The vehicle had lettering in the windows advertising a construction business.  KOCIAJ was also in possession of a cellular phone with number (586) 615-7352.

7. Based on the above describe information, I believe probable cause exists that Cynthia Renee SMITH, Antoinette Yvette HOBBS and Sokol KOCIAJ did conspire to bring aliens into the United States knowing and in reckless disregard of the fact that such aliens had not received prior official authorization to come to, enter or reside in the United States brought and attempted to bring aliens into the United States for the purpose of private financial gain all in violation of Title 8 U.S.C. 1324 (a)(2) and (a)(2)(B)(ii) and (a)(1)(A)(v)(I).

Brian P. Helmerson
Special Agent, Bureau of
Immigration and Customs
Enforcement

Subscribed and sworn to before me
This 23rd day of August, 2005

United States Magistrate Judge